1

2

3

4

5

6

7

8            **UNITED STATES DISTRICT COURT**

9                 EASTERN DISTRICT OF CALIFORNIA

10

CARMEN SOCORRO DELGADILLO,          )    1:12-cv-00703 GSA
11                                  )
           Plaintiff,               )    **ORDER TO SHOW CAUSE**
12                                  )
           v.                       )
13                                  )
MICHAEL J. ASTRUE, Commissioner of  )
14 Social Security,                 )
                                    )
15         Defendant.               )
                                    )
16 _____ )

17

18        On May 1, 2012, Plaintiff Carmen Socorro Delgadillo filed a complaint with this Court

19 alleging she had been wrongfully denied Social Security benefits.  (Doc. 2.)

20        On May 2, 2012, the Court issued its Order Re Consent or Request for Reassignment.

21 More specifically, the parties were directed to "complete and return the enclosed Consent to

22 Assignment of Request for Reassignment" form within ninety (90) days.  (Doc. 5.)

23        On June 19, 2012, Defendant Michael J. Astrue, Commissioner of Social Security, timely

24 filed his consent form.  (*See* Doc. 7.)  To date, no form has been completed and returned by

25 Plaintiff.

26 //

27

28                                    1

1    Accordingly, Plaintiff is ORDERED TO SHOW CAUSE why the action should not be

2 dismissed for her failure to comply with the Court's May 2, 2012, Order.  Plaintiff SHALL FILE

3 a written response to this Order to Show Cause WITHIN seven (7) days of the date of this Order.

4 Alternatively, Plaintiff shall comply with the Court's previous order by completing and filing the

5 consent or decline form no later than August 21, 2012.

6    Failure to respond to this Order to Show Cause within the time specified will result in

7 dismissal of this action.

8

9    IT IS SO ORDERED.

10   **Dated:    August 14, 2012**            _____ **/s/ Gary S. Austin** _____
                                              UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                           2