# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN SOCORRO DELGADILLO, | 1:12-cv-00703 GSA |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

On May 1, 2012, Plaintiff Carmen Socorro Delgadillo filed a complaint with this Court alleging she had been wrongfully denied Social Security benefits. (Doc. 2.)

On May 18, 2012, Plaintiff filed proof of service of the summons and complaint upon Defendant Michael J. Astrue, Commissioner of Social Security. (Doc. 6.)

On June 19, 2012, Defendant filed his consent to the jurisdiction of a magistrate judge in this matter. (*See* Doc. 7.)

Despite seemingly receiving proper service of process as evidenced by the filing of the consent form, Defendant has failed to timely file the administrate record in this matter. Defendant had 120 days from May 18, 2012, within which to do so, or until September 15, 2012.

1

1 However, to date, neither a request for an extension of time nor the administrative record have
2 been filed in this case.
3     Accordingly, Defendant is ORDERED TO SHOW CAUSE why sanctions should not be
4 imposed for his failure to comply with the Court's May 2, 2012, Order. (*See* Doc. 5-1 at 2, ¶ 2.)
5 Defendant SHALL FILE a written response to this Order to Show Cause WITHIN ten days of the
6 date of this Order. Alternatively, Defendant shall comply with the Court's previous order by
7 lodging or filing the administrative record no later than October 11, 2012.

10     IT IS SO ORDERED.
11     Dated:   **October 1, 2012**                    /s/ **Gary S. Austin**
                                                UNITED STATES MAGISTRATE JUDGE

2