# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN SOCORRO DELGADILLO, ) | 1:12-cv-00703 GSA |
| ) | |
| Plaintiff, ) | **ORDER DISCHARGING ORDER TO SHOW CAUSE** |
| v. ) | |
| ) | (Document 11) |
| MICHAEL J. ASTRUE, Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |

On May 1, 2012, Plaintiff Carmen Socorro Delgadillo filed a complaint with this Court alleging she had been wrongfully denied Social Security benefits. (Doc. 2.)

On May 31, 2012, Plaintiff filed proof of service of the summons and complaint upon Defendant Michael J. Astrue, Commissioner of Social Security, indicating service was effected on May 18, 2012. (*See* Doc. 6.)

October 1, 2012, this Court issued an Order to Show Cause to the Commissioner regarding his failure to timely file the administrative record in this matter. According to the Court's records, because Plaintiff filed documentation asserting service of process was effected

1

1  on May 18, 2012, the administrative record was to be filed 120 days thereafter, or no later than
2  September 15, 2012 (5/18/12 + 120 days = 9/15/12). (Doc. 11.)
3      On October 4, 2012, the Commissioner filed his response to this Court's Order to Show
4  Cause. The Commissioner advises the Court that service of process was not in fact executed
5  until June 19, 2012,[1] thus making the administrative record due on or before October 17, 2012.
6  (Doc. 12.) Because the deadline had not yet passed according to the Commissioner's
7  calculations, he did not fail to timely file the administrative record. The Commissioner provided
8  documentation in support of his assertion wherein it appears Bonnie L'Argent with the United
9  States Attorney's Office accepted service of process via hand delivery on June 19, 2012. (*See*
10 Doc. 12-1 at 2.) Notably, the Commissioner filed or lodged the administrative record that same
11 date. (*See* Doc. 13.)
12     In light of the foregoing, the Order to Show Cause issued on October 1, 2012, is hereby
13 DISCHARGED.

15     IT IS SO ORDERED.
16     Dated:   **October 5, 2012**             /s/ **Gary S. Austin**
                                                UNITED STATES MAGISTRATE JUDGE

---

[1] The Commissioner is advised that the Court's record reflected service of process on May 18, 2012, when it issued the Order to Show Cause on October 1, 2012. While the Commissioner has since provided evidence to establish that service was not in fact effected until June 19, 2012, the Court relies upon the parties to bring such discrepancies to its notice. In the future, should the Commissioner note a discrepancy on the face of the docket, such as the discrepancy here concerning the proper date of service of process, he should alert the Court as soon as is practicable.