```
BENJAMIN WAGNER CSBN 163581
United States Attorney
GRACE M. KIM SBN IL 6203390
Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH BARRY CSBN 203314
Special Assistant United States Attorney

    160 Spear Street, 8th Floor
    San Francisco, California 94105
    Telephone:  (415) 977-8972
    Facsimile:  (415) 744-0134
    Email: Elizabeth.Barry@ssa.gov

Attorneys for Defendant
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
**FRESNO DIVISION**

| | |
|---|---|
| CARMENT SOCORRO DELGADILLO, )<br>)<br>         Plaintiff, )<br>)<br>     v. )<br>)<br>COMMISSIONER OF )<br>SOCIAL SECURITY, )<br>)<br>         Defendant. )<br>)<br>_____ ) | Case No.  CIV-1:12-00703-GSA<br><br>STIPULATION AND ORDER<br>FOR A FIRST EXTENSION FOR<br>DEFENDANT TO FILE HIS OPPOSITION OR<br>OTHERWISE RESPOND TO PLAINTIFF'S<br>OPENING BRIEF |

IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Defendant shall have a first 60-day extension, or until April 9, 2013, in which to file his Opposition to Plaintiff's Opening Brief or otherwise respond to Plaintiff's motion.

This is Defendant's first request for an extension of time in this matter. This request is made as a result of a realignment of work in the office of the undersigned counsel of record for the Defendant and is not intended to cause intentional delay.

Respectfully submitted,

Dated: February 8, 2013         */s/ Miguel C. Lopez*
                                (as authorized via telephone)
                                MIGUEL C. LOPEZ
                                Attorney for Plaintiff

|  |  |
|---|---|
|  | BENJAMIN WAGNER<br>United States Attorney |
| Dated: February 8, 2013 | By */s/ Elizabeth Barry*<br>ELIZABETH BARRY<br>Special Assistant U.S. Attorney<br>Attorneys for Defendant |

## ORDER

Pursuant to the parties' stipulation above, Defendant shall file any opposition to Plaintiff's Motion for Summary Judgment no later than **April 9, 2013.** Any Reply to Defendant's opposition shall be filed no later than fifteen days after service of Defendant's opposition. All other orders contained in this Court's scheduling order dated May 2, 2012 (Doc. 5) remain in full force and effect.

IT IS SO ORDERED.

Dated:   **February 12, 2013**          /s/ **Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE